# United States Court of Appeals
## For the First Circuit

———————

Nos.  25-1733
      26-1083

RALPH BRONSON FILS-AIME,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

———————
## ORDER OF COURT

Entered: April 3, 2026

Upon consideration, Petitioner Ralph Bronson Fils-Aime's opposed motion seeking leave to file an oversized opening brief is <u>granted in part</u>. Petitioner may file an oversized brief containing up to 19,500 words.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
SangYeob Kim
Caroline Meade
Chelsea Eddy
Oil
Craig Kuhn