# United States Court of Appeals
## For the First Circuit

Nos. 25-1733
     26-1083

RALPH BRONSON FILS-AIME,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

### ORDER OF COURT

Entered: May 6, 2026
Pursuant to 1st Cir. R. 27.0(d)

No objections having been filed, The Political Asylum/Immigration Representation (PAIR) Project and other First Circuit-based non-profit legal service providers' assented to motion for leave to file an amicus brief in support of the petitioner is granted, and the brief is accepted for filing this day.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette, Carol J. Garvan, Henry R. Klementowicz, SangYeob Kim, Caroline Meade, Chelsea Eddy, Max Isak Brooks, Maria Danielle Savarese, Oil, Craig Kuhn, John-Mark Turner, William Joseph Aceves, Katharine E. Clark, Aimee Leah Mayer-Salins, Monica Mananzan, Michael Bochenek, Ian Matthew Kysel, Irene C. Freidel, Sarah Sherman-Stokes, Anna Welch, Briana Zhuang